UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-81289-CIV-RYSKAMP/WHITE
04-80022 CR Ryskamp

GREGORY RICHARDSON,

          Movant,

v.

UNITED STATES OF AMERICA,

          Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

THIS CAUSE comes upon the Report of Magistrate Judge Patrick A. White [DE 16], filed on March 4, 2009 regarding the motion to vacate filed by Gregory Richardson [DE 1], on November 4, 2008. After consideration of the record and considering the government's response to Judge White's order to show cause, conceding error, Judge White recommends that this Court grant the motion to vacate, vacate movant's sentence, appoint counsel and conduct a resentencing hearing. Neither party objected to the Report and Recommendation. As such, the matter is ripe for consideration.

The Court has considered the Report and Recommendation and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that:

(1) The Report and Recommendation [DE 16] be, and the same hereby is, RATIFIED, AFFIRMED and APPROVED in its entirety;

(2) Movant's motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody [DE 1] is GRANTED;

(3) Movant's sentence, imposed in case number 04-80022, on July 19, 2004 at **[DE 138]** is hereby VACATED.

(4) This matter is referred to Magistrate Judge Hopkins for appointment of counsel to assist movant at resentencing; and

(5) Movant shall be resentenced. The date and time of resentencing shall be set by separate order.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 30 day of March, 2009.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
Magistrate Judge Patrick A. White
All counsel of record
Gregory Richardson, *pro se*